IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ANTONIO LABRINTA GREEN,**

    **Plaintiff,**

vs.                                                CASE NO. 3:08CV406-RV/AK

**CHRISTOPHER L. GRACE, et al,**

    **Defendants.**

_____/

# O R D E R

The Magistrate Judge filed a Report and Recommendation dated December 28, 2009. The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be **ADOPTED**.

Accordingly, it is hereby

**ORDERED AND ADJUDGED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is dismissed without prejudice.

3. The Court has made a finding that Plaintiff has shown reckless disregard for

the truth by bringing false claims before the Court.

4. That pursuant to Florida Statute §944.279(1), the Court is submitting this finding by certified copy to the appropriate correctional institution for disciplinary action.

**DONE AND ORDERED** this 5th day of January, 2009.


/s/ *Roger Vinson*
**Roger Vinson**
**Senior United States District Judge**